UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PATRIOT INSURANCE COMPANY as subrogee of Governor's Inn, Inc.<br>　　　Plaintiff<br><br>v.<br><br>BROAN-NUTONE LLC, NUTONE, INC., and NORTEK, INC.<br>　　　Defendants. | Civil Action Number: 1:19-cv-00631-AJ |

**DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC: Nortek, Inc.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BROAN-NUTONE LLC,
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Andrew D. Black
　　　　　　　　　　　　　　　　　　Andrew D. Black (NH Bar No. 268565)
　　　　　　　　　　　　　　　　　　Pauline A. Jauquet (NH Bar No. 269523)
　　　　　　　　　　　　　　　　　　Smith Duggan Buell & Rufo LLP
　　　　　　　　　　　　　　　　　　55 Old Bedford Road
　　　　　　　　　　　　　　　　　　Lincoln, MA 01773
　　　　　　　　　　　　　　　　　　(617) 228-4400
　　　　　　　　　　　　　　　　　　Andrew.Black@SmithDuggan.com
　　　　　　　　　　　　　　　　　　Polly.Jauquet@SmithDuggan.com

Dated:  August 23, 2019

2

CERTIFICATE OF SERVICE

      I hereby certify that, on this 23rd day of August 2019, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

                                              /s/ Andrew D. Black
                                              Andrew D. Black (NH Bar No. 268565)